UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANDREA DANIELS, | )<br>)<br>) |
| Plaintiff, | )<br>) **JUDGMENT** |
| v. | )<br>) No. 4:23-CV-112-BM |
| KILOLO KIJAKAZI,<br>*Commissioner of Social Security,* | )<br>)<br>) |
| Defendant. | ) |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the Commissioner's consent motion to remand (D.E. 17).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The Clerk is DIRECTED to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

This Judgment Filed and Entered on December 29, 2023 with service on:
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)
Dianne Samu (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk